Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:13-cr-004-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| NANCY OCHOA, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: November 14, 2013          NATIONAL PARK SERVICE

                                                                                    /S/ Matthew McNease
                                                                                   Matthew McNease
                                                                                   Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Nancy Ochoa*, 6:13-cr-004-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   November 14, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE